IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| | ) | |
| V. | ) | 1:23-cr-174-VMC-JKL |
| | ) | |
| SETH CUMBERBATCH | ) | |
| | ) | |

SENTENCING MEMORANDUM

COMES NOW, Defendant Seth Cumberbatch, by and through undersigned counsel, and submits this Sentencing Memorandum for the Court's consideration.

Mr. Cumberbatch entered a guilty plea to Count 6 of the initial indictment, which charged him with a violation of 18 U.S.C. § 924(c), based on an armed robbery of a Brinks truck driver at a Bank of America on February 6, 2023. Mr. Cumberbatch's guideline range is 84 months, pursuant to U.S.S.G. § 2K2.4. Mr. Cumberbatch requests that the Court impose the 84-month sentence as required by statute.

Mr. Cumberbatch submits that the following information about his background is relevant for the Court to consider when imposing sentence. He is 20 years old, with no criminal history. Before this case, he had never

even been arrested. His participation in the charged offenses is a stark departure from how he has conducted himself, and the seriousness of his charges has plainly demonstrated to him that this is not how he wants to live the rest of his life.

Mr. Cumberbatch was born to a single mother, Michelle, and he has had essentially no relationship with his father since he was six months old. Mr. Cumberbatch has a twin sister, Maya, and two older sisters, Ivanna and Sierra. Their family is extremely close; he reports daily contact with his mother and his siblings. His family supports him, and they are committed to doing so throughout his incarceration.

Despite the closeness of the family, things were difficult as Mr. Cumberbatch grew up. Mr. Cumberbatch was evaluated by Dr. Holly Kaufman, who noted that he has experienced numerous adverse childhood experiences ("ACEs"), which are clearly "associated with a range of negative outcomes in adulthood."[1] Those ACEs include: parental separation, domestic violence, parental incarceration, parental substance use, parental mental illness, emotional neglect, physical neglect, physical abuse, poverty,

---

[1] Mr. Cumberbatch will file Dr. Kaufman's report under seal.

homelessness, foster care placement, neighborhood violence, bullying, and violence victimization.

At times, Mr. Cumberbatch's family was unable to afford housing, and they would have to stay in small hotel rooms. There were times when the family did not have enough food to eat. Later, his mom went to prison for several years, and during this period, things were extremely difficult. When she was initially arrested, Mr. Cumberbatch and his siblings were split up and placed into foster care for some period of time. When she was eventually sentenced to a term of imprisonment, Mr. Cumberbatch and his siblings stayed with their stepfather, but they had no electricity for an entire summer and he had to wear clothes he had outgrown. Neither his physical nor his emotional needs were met, as his stepfather made sure he was alive, but little else. Aside from the issues related to Mr. Cumberbatch's own security, he also worried about his mother as she spent time in custody. But things were still difficult after she was released, as she was a convicted felon and had trouble finding employment.

Mr. Cumberbatch was bullied at school, and he got into numerous fights with other students as a result. Between fifth and ninth grades, he was suspended over ten times. Mr. Cumberbatch and his family moved often,

living in neighborhoods or apartment complexes with violence, gang and drug activity, and frequent police presence. He witnessed violence, including seeing someone stab a maintenance man, and numerous shootings. He was also the victim of at least two armed robberies, and he has been shot at.

Dr. Kaufman describes how Mr. Cumberbatch was "under attack" throughout his childhood by "multiple, highly distressing, chronic/on-going traumas," and how this "extremely high level of traumatic event exposure can disrupt normal childhood development." In particular, "[a] child who grows up under chronic stress may have difficulty with reasoning and problem solving."

At the time of the instant offense, Mr. Cumberbatch and his family were struggling financially — to put it mildly. His mother, two of his sisters, and nieces and nephews moved to Philadelphia, while Mr. Cumberbatch stayed in Atlanta. His family was again staying in a hotel room, and Mr. Cumberbatch sent them money to help them survive. Mr. Cumberbatch used the money from these offenses to send to his family to help them secure housing. Mr. Cumberbatch understands that this is not a justification for his

actions, but he submits it to the Court to help it evaluate an appropriate sentence under the 18 U.S.C. § 3553(a) factors.

Despite all of his struggles, Mr. Cumberbatch graduated from high school. He also sought and obtained legitimate employment, starting at Wendy's when he was 16 years old. After he graduated from high school, he worked several jobs through a temp service. He lost at least one of the jobs due to a lack of transportation. His last job was at a restaurant, Cava, but he lost that job in February 2023. Nevertheless, Dr. Kaufman explains that these factors—that he graduated high school, that he made efforts to maintain employment, that he has expressed remorse and a desire to never be incarcerated again, and that he has supportive family members—indicate that he has many strengths. Mr. Cumberbatch has identified achievable goals to accomplish after his release from custody, including vocational training. These factors show who Mr. Cumberbatch is and who is committed to being when he is released from custody.

For all of these reasons, Mr. Cumberbatch submits that an 84-month sentence is sufficient, but not greater than necessary, to accomplish the purposes of the § 3553(a) factors.

WHEREFORE Mr. Cumberbatch requests that this Court impose an 84-month sentence.

Respectfully submitted this 18th day of October, 2023.

/s/ *Leigh Ann Webster*
Leigh Ann Webster
Ga. Bar No. 968087
Attorney for Seth Cumberbatch

Strickland Webster, LLC
830 Glenwood Ave SE
Suite 510-203
Atlanta, GA 30316
(404) 590-7967
law@stricklandwebster.com